IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SEAN ARMIJO, et al.,

      Plaintiffs,

v.                                                                                                  No.  CIV 13-839 JB/CG

BOARD OF COUNTY COMMISSIONERS
OF SAN MIGUEL COUNTY,

      Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER has come before the Court upon the Stipulation of Dismissal of the parties, Plaintiffs being represented by Youtz & Valdez, P. C. (Shane Youtz, Stephen Curtice and James Montalbano) and Defendant being represented by Montgomery & Andrews, P.A. (Randy S. Bartell and Carolyn A. Wolf), the Court is fully advised in the premises and HEREBY ORDERS that the above-entitled cause be and it is dismissed with prejudice.  The parties shall bear their own court costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**MONTGOMERY & ANDREWS, P.A**

By:   /s/ Carolyn A. Wolf
      Randy S. Bartell
      Carolyn A. Wolf
P.O. Box 2307
Santa Fe, NM 87504-2307
(505) 982-3873
rbartell@montand.com
cwolf@montand.com
*Attorneys for Defendant*

**YOUTZ & VALDEZ, P.C.**

By: Approved Electronically 07/23/14
Shane C. Youtz
shane@youtzvaldez.com
Stephen Curtice
stephen@youtzvaldez.com
James A. Montalbano
james@youtzvaldez.com
900 Gold Avenue S.W.
Albuquerque, NM 87102
(505) 244-1200 – Telephone
(505) 244-9700 – Fax

*Attorneys for Plaintiffs*