IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SEAN ARMIJO; DERRICK DURAN; JAMES
DURAN; JOHNNY MONTANO; TONY T.
VIGIL and LEROY T. GARCIA,

      Plaintiffs,

vs.                                                                                                      No. CIV 13-0839 JB/CG

BOARD OF COUNTY COMMISSIONERS OF
SAN MIGUEL COUNTY,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Stipulated Order of Dismissal with Prejudice, filed July 31, 2014 (Doc. 56), in which the Court dismissed all claims and parties with prejudice.  In the Stipulated Order of Dismissal with Prejudice, the Court granted the parties' Stipulated Motion for Dismissal, filed July 30, 2014 (Doc. 55), in which the all parties jointly moved the Court to dismiss the case with prejudice.  See Stipulated Motion for Dismissal at 1.  Because all claims and parties are now dismissed, the Court enters final judgment.

**IT IS ORDERED** that, having dismissed all claims and parties in its Stipulated Order of Dismissal, filed July 31, 2014 (Doc. 56), the Court enters final judgment.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Shane C. Youtz
James A. Montalbano
Stephen Curtice
Youtz & Valdez, PC
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Randy S. Bartell
Carolyn A. Wolf
Montgomery & Andrews, PA
Santa Fe, New Mexico

    *Attorneys for the Defendant*